CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 30 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID FITZGERALD LIGHTNER, | ) | |
|     Petitioner, | ) | Civil Action No. 7:11cv00534 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CHRISTOPHER ZYCH, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Lightner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED without prejudice** and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER**: This 30th day of November, 2011.

_____
United States District Judge